**Christian Dior Couture, SA. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-02421**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | chinabrandmall.com | 2 | luxuryhandbagsa.com |
| 3 | herejordan.com | 4 | fashionluxurybags.top |
| 5 | fendidiorbags.com | 6 | cnreplica.best |
| 7 | lvbagsclub.com | 8 | designerbaga.com |
| 9 | brandundefined.com | 10 | stevehandbag.com |
| 11 | ebayresell.com | 12 | salesclockaccessories.xyz |
| 13 | totestore.site | 14 | sneakerlegger.com |
| 15 | dioronline.us | 16 | daydaymall.us |
| 17 | polarisiitbh.com | 18 | qldtongarugby.com |
| 19 | ANTHONY ALLAN | 20 | Aprirria |
| 21 | ATTCL.LLC | 22 | Barabum Fashion |
| 23 | BEEYA | 24 | Begain |
| 25 | BEICHUANG | 26 | Beloved One |
| 27 | Bolice | 28 | BOOZUK |
| 29 | Daesar | 30 | domiroe |
| 31 | ENSARJOE | 32 | GiuGinHuYu |
| 33 | Indey | 34 | Joopin |
| 35 | KASEN INC | 36 | KAYLEIGH SHEPHERD |
| 37 | Kercisbeauty | 38 | LAFESTIN |
| 39 | LANDYShop | 40 | Lean In |
| 41 | Lilike | 42 | LOHOME |
| 43 | lv liang shi li shi qu gai mei chao shi | 44 | Lvtian |
| 45 | M&D jewelry | 46 | Outdoor Guide |
| 47 | Sang Buy | 48 | Sugar Crystal |
| 49 | VISHARK | 50 | WizWiz |
| 51 | Worglo Store | 52 | YIWU CITY MEIQIN TRADING CO.， LTD |
| 53 | Yobon | 54 | Yogwoo Inc |
| 55 | 1991walker | 56 | ajsety-7 |
| 57 | beauty-legend | 58 | byonehk |
| 59 | coneruo | 60 | crtechnology |
| 61 | danwa7924 | 62 | ecommerceshop885 |
| 63 | fxek5648 | 64 | happy_b1 |
| 65 | hbdmmy | 66 | hengyunjiujiu |
| 67 | hjones_globalstore | 68 | hua2642 |
| 69 | huijieltd | 70 | jamie1123 |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 71 | jxhzmy | 72 | jxshop-2018 |
| 73 | korinnesshop | 74 | liliancottage |
| 75 | misszxy3217 | 76 | nbhd9363 |
| 77 | pinksugao | 78 | vogueonline999 |
| 79 | yingchengda-9 | 80 | yzzltd |
| 81 | zengjh91 | 82 | Balun charm clothing store |
| 83 | Beyond Fashion | 84 | bnjgrkvssl0023 |
| 85 | buydig | 86 | Chameleon Store |
| 87 | cheng&ju&you | 88 | chenxiuyunshop |
| 89 | chunnuanhuakai686 | 90 | COCNINE |
| 91 | comfort comfort | 92 | CRXfashion |
| 93 | e_walk BOPU SHOP | 94 | edropoff |
| 95 | ehckug zeng | 96 | ejcfgy dan |
| 97 | Fashion Monopoly | 98 | feiyuefang |
| 99 | gaoliangliang | 100 | gearxs |
| 101 | gonewiththewind-1 | 102 | hanqio |
| 103 | Happyyumei | 104 | Indore |
| 105 | japav2013 | 106 | jianjiansunglasses |
| 107 | Lay Taung | 108 | Lida Fashion |
| 109 | lihongyun | 110 | lijiemiao |
| 111 | liliandlucy | 112 | linalipingbo |
| 113 | liuyanlinglfa | 114 | liwei0415 |
| 115 | LydiaSweet | 116 | members free trade |
| 117 | navproducts | 118 | Sacol Island |
| 119 | shagor | 120 | somehow never |
| 121 | sttompz48 | 122 | sunhuil |
| 123 | Suofe ya yi chu | 124 | T_Store |
| 125 | Thitpon | 126 | xinghuojianshen |
| 127 | yannvxia | 128 | yunyunzhongsheng |
| 129 | zhanmengjiao | 130 | Zhaomengzhen Fashion |
| 131 | zhenty | 132 | zsxxery |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | amazon.com/sp?seller=A1MWP85MGETTUJ | 2 | amazon.com/sp?seller=A1P2YU8HXYYT67 |
| 3 | amazon.com/sp?seller=A3Q9F6248FYM4Q | 4 | amazon.com/sp?seller=A29ABOF9T8D5TI |
| 5 | amazon.com/sp?seller=A1JZ4Z0D26K7DV | 6 | amazon.com/sp?seller=AU2KYRK2TTDB5 |
| 7 | amazon.com/sp?seller=A3J94ZPGBN4ORL | 8 | amazon.com/sp?seller=A3BDRCOZOIC5FO |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 9 | amazon.com/sp?seller=A3QZYSF6H18KJT | 10 | amazon.com/sp?seller=A2IP9DCY0HKOIC |
| 11 | amazon.com/sp?seller=AW8C3WL2EHWET | 12 | amazon.com/sp?seller=AUXTCKNEQKLJ8 |
| 13 | amazon.com/sp?seller=A2717TZRS0V642 | 14 | amazon.com/sp?seller=A18Z0XCUSAFEOD |
| 15 | amazon.com/sp?seller=A2YMA956ADU30M | 16 | amazon.com/sp?seller=A33BTHKV75MZZK |
| 17 | amazon.com/sp?seller=ASHZ6120DIJ3Y | 18 | amazon.com/sp?seller=A27TP9HGIRFSS4 |
| 19 | amazon.com/sp?seller=ARCYM16RKPWYS | 20 | amazon.com/sp?marketplaceID=AWZXKKGZTN9HL&seller=A1LLZN8IM225QA |
| 21 | amazon.com/sp?seller=https://www.amazon.com/sp?seller=A2BDOPI8VKJRC9 | 22 | amazon.com/sp?seller=A3HM8WHTX7YHXK |
| 23 | amazon.com/sp?seller=A1HLC8URTGV0MC | 24 | amazon.com/sp?seller=https://www.amazon.com/sp?seller=AFGPF5E29KFSO |
| 25 | amazon.com/sp?seller=A1B1K4FFKU2JVY | 26 | amazon.com/sp?seller=AELHIQ31BGK2Q |
| 27 | amazon.com/sp?seller=A220ECUUPL28IY | 28 | amazon.com/sp?seller=A3BX1UGDT8HYPN |
| 29 | amazon.com/sp?seller=A3FN9XFH6B4JTR | 30 | amazon.com/sp?seller=A2F3HTLUPH02C |
| 31 | amazon.com/sp?seller=A3VZUBZB01E80E | 32 | amazon.com/sp?seller=A2X0MPY1F5FMFL |
| 33 | amazon.com/sp?seller=A3PVRFXAKFTYQ5 | 34 | amazon.com/sp?seller=A1UX3H4NEGE2MN |
| 35 | amazon.com/sp?seller=A3CRY96KC2EAWP | 36 | amazon.com/sp?seller=A1B6A2LRT6DF0Q |
| 37 | ebay.com/usr/1991walker | 38 | ebay.com/usr/ajsety-7 |
| 39 | ebay.com/usr/beauty-legend | 40 | ebay.com/usr/byonehk |
| 41 | ebay.com/usr/coneruo | 42 | ebay.com/usr/crtechnology |
| 43 | ebay.com/usr/danwa7924 | 44 | ebay.com/usr/ecommerceshop885 |
| 45 | ebay.com/usr/fxek5648 | 46 | ebay.com/usr/happy_b1 |
| 47 | ebay.com/usr/hbdmmy | 48 | ebay.com/usr/hengyunjiujiu |
| 49 | ebay.com/usr/hjones_globalstore | 50 | ebay.com/usr/hua2642 |
| 51 | ebay.com/usr/huijieltd | 52 | ebay.com/usr/jamie1123 |
| 53 | ebay.com/usr/jxhzmy | 54 | ebay.com/usr/jxshop-2018 |
| 55 | ebay.com/usr/korinnesshop | 56 | ebay.com/usr/liliancottage |
| 57 | ebay.com/usr/misszxy3217 | 58 | ebay.com/usr/nbhd9363 |
| 59 | ebay.com/usr/pinksugao | 60 | ebay.com/usr/vogueonline999 |
| 61 | ebay.com/usr/yingchengda-9 | 62 | ebay.com/usr/yzzltd |
| 63 | ebay.com/usr/zengjh91 | 64 | wish.com/merchant/5b73dc26cfde1479f9babac3 |
| 65 | wish.com/merchant/5368e41ebb72c514fe919fec | 66 | wish.com/merchant/5ac209fedb5f1f378faa002d |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 67 | wish.com/merchant/57440664e630fa595786b958 | 68 | wish.com/merchant/56658425eb4b1423fbab3235 |
| 69 | wish.com/merchant/58ddd21cf965f254d97320e7 | 70 | wish.com/merchant/5d54f94d15275472deb9252f |
| 71 | wish.com/merchant/58cbba9732ccc9510ae7fb54 | 72 | wish.com/merchant/5832db417a27ab1b9ee75a04 |
| 73 | wish.com/merchant/5d8c13132888350d8a1e8fee | 74 | wish.com/merchant/5883129f401e874cc73ab870 |
| 75 | wish.com/merchant/5d5ce6ee40defd44eaa72568 | 76 | wish.com/merchant/5853fc3cc5758a4cccc904a0 |
| 77 | wish.com/merchant/58d8bfc4109eec58b380889c | 78 | wish.com/merchant/58d8cc69a3a703535dd5450a |
| 79 | wish.com/merchant/53c656b44497c563b4452a1a | 80 | wish.com/merchant/5875e94db989084d626eac43 |
| 81 | wish.com/merchant/584cffbbd588b44d3eaab464 | 82 | wish.com/merchant/57806c48f1ab1f1150be7aa2 |
| 83 | wish.com/merchant/57fcd450267c38195b3a9878 | 84 | wish.com/merchant/58c52d8877361650f7b03ea5 |
| 85 | wish.com/merchant/58c21e29e4595e505412c131 | 86 | wish.com/merchant/578c656050754b0b89db9e9d |
| 87 | wish.com/merchant/5755321782f5005cc26e0b6a | 88 | wish.com/merchant/581c1f1df1415c7c3ebdc229 |
| 89 | wish.com/merchant/577a23c07e548907a8572252 | 90 | wish.com/merchant/57834c492dc1d20eadcf9f9e |
| 91 | wish.com/merchant/593519ebb962ba41cf1041dc | 92 | wish.com/merchant/58a15dbdf5c33b4f4173406c |
| 93 | wish.com/merchant/5a377c2f7f9ae50849a392a5 | 94 | wish.com/merchant/5858eeeb8abe8f5008090e6f |
| 95 | wish.com/merchant/5865fc1dc7f26a4df3278f55 | 96 | wish.com/merchant/5880b8c01f6e1e4c9cb0b23a |
| 97 | wish.com/merchant/56ebb969bb8d7769a158d529 | 98 | wish.com/merchant/596340a9e81e8a25d3119f7b |
| 99 | wish.com/merchant/5756b001e8f9815cba309c68 | 100 | wish.com/merchant/577772b88e93cc74b41f4f58 |
| 101 | wish.com/merchant/58abd476c4d842504bc4f802 | 102 | wish.com/merchant/59017357856221195594ca0f |
| 103 | wish.com/merchant/5b1cfad7eae8b442b7289a2a | 104 | wish.com/merchant/58c7b9012da240507b727c51 |
| 105 | Wish.com/merchant/5b4db544ca6d211a1612491d | 106 | wish.com/merchant/5a9109019c15ff2160a014e7 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 107 | wish.com/merchant/577b55e53fb22074bdbc5a11 | 108 | wish.com/merchant/58ca53bcaf7a31511fe12494 |
| 109 | wish.com/merchant/57ebae21fc6352392eaa0ab3 | 110 | wish.com/merchant/58f870decc049b11a51c5ff5 |
| 111 | wish.com/merchant/58dd045778185329b30b5789 | 112 | wish.com/merchant/55135e248e8def1aca82bfbe |
| 113 | wish.com/merchant/587328953638354cb4985016 | 114 | wish.com/merchant/58dca3c8b466286d3d5159d6 |

| No. | Domain Names | No. | Domain Names |
|---|---|---|---|
| 1 | chinabrandmall.com | 2 | luxuryhandbagsa.com |
| 3 | herejordan.com | 4 | fashionluxurybags.top |
| 5 | fendidiorbags.com | 6 | cnreplica.best |
| 7 | lvbagsclub.com | 8 | designerbaga.com |
| 9 | brandundefined.com | 10 | stevehandbag.com |
| 11 | ebayresell.com | 12 | salesclockaccessories.xyz |
| 13 | totestore.site | 14 | sneakerlegger.com |
| 15 | dioronline.us | 16 | daydaymall.us |
| 17 | polarisiitbh.com | 18 | qldtongarugby.com |