IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                Defendants. | Case No. 20-cv-02421 |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs ABC Corporation ("Plaintiff") files this Motion requesting leave to file the following documents under seal: (1) Exhibit 1 and Exhibit 2 to the Complaint; (2) the Amended Complaint which will identify and include additional allegations regarding Plaintiff and list the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A (collectively, the "Seller Aliases"), and accompanying exhibits; (3) Schedule A attached to the Complaint and Amended Complaint, which includes a list of the Seller Aliases and the e-commerce store urls under the Online Marketplaces; (4) Plaintiff's Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery, and accompanying supporting memorandum, declarations, and exhibits, including screenshot printouts showing the e-commerce stores operating under the Seller Aliases; (5) Plaintiff's Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3), and accompanying supporting memorandum, declaration, and exhibits; (6) Plaintiff's Notification of Affiliates; and (7) Plaintiff's Notice of Claims Involving Trademarks.

In this action, Plaintiff is requesting temporary *ex parte* relief based on an action for trademark infringement, counterfeiting, false designation of origin, and copyright infringement. Sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these documents.

Dated this 20th day of April 2020.   Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff*