IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| [REDACTED,<br><br>        Plaintiff,<br>v.<br><br>[REDACTED],<br><br>        Defendants. | Case No. 20-cv-02421<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Susan E. Cox** |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Tuesday, May 12, 2020, at 9:15 a.m., Plaintiff, by its counsel, shall appear before the Honorable Judge Robert W. Gettleman in Courtroom 1703 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction, a Temporary Transfer of the Domain Names, a Temporary Asset Restraint, and Expedited Discovery, and Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3).

Dated this 23rd day of April 2020.      Respectfully submitted,

                                          /s/ Justin R. Gaudio
                                          Amy C. Ziegler
                                          Justin R. Gaudio
                                          Allyson M. Martin
                                          Greer, Burns & Crain, Ltd.
                                          300 South Wacker Drive, Suite 2500
                                          Chicago, Illinois 60606
                                          312.360.0080 / 312.360.9315 (facsimile)
                                          aziegler@gbc.law
                                          jgaudio@gbc.law
                                          amartin@gbc.law

                                          *Counsel for Plaintiff*