**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A., <br><br> Plaintiff, <br><br> v. <br><br> CHINABRANDMALL.COM, et al., <br><br> Defendants. | Case No. 20-cv-02421 <br><br> **Judge Robert W. Gettleman** <br><br> **Magistrate Judge Susan E. Cox** |

**NOTIFICATION OF AFFILIATES**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Christian Dior Couture, S.A., by and through its undersigned counsel, certifies that it is a wholly owned subsidiary of Christian Dior S.A. which is a publicly held company.

Dated this 23rd day of April 2020.        Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Attorneys for Plaintiff Christian Dior Couture, S.A.*