**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A., <br><br> Plaintiff, <br> v. <br><br> CHINABRANDMALL.COM, et al., <br><br> Defendants. | Case No. 20-cv-02421 <br><br> **Judge Robert W. Gettleman** <br><br> **Magistrate Judge Susan E. Cox** |

**SEALED TEMPORARY RESTRAINING ORDER**

THIS CAUSE being before the Court on Plaintiff Christian Dior Couture, S.A.'s ("Plaintiff" or "Dior") *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Transfer of the Domain Names, a Temporary Asset Restraint, and Expedited Discovery, and Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) (the "Motions") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Amended Complaint and attached hereto (collectively, the "Seller Aliases"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motions in their entirety.

This Court further finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and, on information and belief, have sold products bearing unauthorized copies of the Dior

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces and Domain Names.

1

Copyrighted Designs (including U.S. Copyright Registration Nos. VA 657-906, VA 655-762, VA 657-903, VA 657-904, and VA 657-905) and/or using infringing and counterfeit versions of the CHRISTIAN DIOR Trademarks (a list of which is included in the chart below) to residents of Illinois.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 543,994 | CHRISTIAN DIOR | June 19, 1951 | For: Handbags and pocketbooks in Class 018. |
| 580,207 | CHRISTIAN DIOR | September 22, 1953 | For: Jewelry for personal wear, not including watches-namely, trinkets, necklaces, bracelets, finger rings, earrings, brooches, and ornamental clips made in whole of, in part of, or plated with precious metals in class 014. |
| 954,404 | CHRISTIAN DIOR | March 6, 1973 | For: Eyeglass frames, sunglasses and eyeglass cases in Class 009. |
| 1,123,944 | CD | August 14, 1979 | For: Optical apparatus – namely, eyeglass frames in Class 009.<br><br>For: Jewelry and horological instruments – namely, women's costume jewelry, bracelets, and watches for men and women in Class 014.<br><br>For: Articles made from leather and imitations thereof, namely, luggage for men and women in Class 018.<br><br>For: Women's blouses, skirts, dresses, jackets, suits, coats; Men's suits, belts and sport jackets in Class 025. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 1,776,536 | | June 15, 1993 | For: Carry-on bags; change purses; clutch bags; clutch purses; golf umbrellas; handbags; luggage; passport cases, holders or wallets; pocketbooks; purses; shoulder bags; all-purpose sports bags; suitcases; tote bags; travel bags; and wallets in Class 018.<br><br>For: Clothing for use by men, women and children; namely, blouses; gloves; vests in Class 025. |
| 1,872,313 | | January 10, 1995 | For: Eyeglass frames and parts thereof; sunglasses in Class 009.<br><br>For: Rings in Class 014. |
| 1,923,564 | Dior | October 3, 1995 | For: Belt buckles of precious metals for clothing; brooches; charms; costume jewelry; ear clips; jewelry; jewelry lapel pins; ornamental pins; pendants; watch bands; watch chains; watch fobs; and watches in Class 014.<br><br>For: billfolds; business card cases; carry-on bags; change purses; clutch bags; clutch purses; coin purses; credit card cases; drawstring pouches; handbags; key cases; overnight bags; passport cases, holders or wallets; purses; shoulder bags; and wallets in Class 018. |

3

| **REGISTRATION NUMBER** | **REGISTERED TRADEMARK** | **REGISTRATION DATE** | **INTERNATIONAL CLASSES** |
|---|---|---|---|
| 2,240,163 | | April 20, 1999 | For: clutch bags, change purses, pocketbooks, purses, wallets in class 018. |
| 3,561,323 | | January 13, 2009 | For: optical apparatus and instruments, namely, spectacles, sunglasses, spectacle cases, and spectacle frames in Class 009. |
| 2,749,176 | | August 12, 2003 | For: Athletic bags; attache cases; baby carriers worn on the body; backpacks; beach bags; beach umbrellas; billfolds; book bags; briefcase-type portfolios; briefcases; business card cases; carry-on bags; non-motorized collapsible luggage carts; change purses; clutch bags; clutch purses; coin purses; cosmetic cases sold empty; credit card cases; diaper bags; document cases; drawstring pouches; duffel bags; fanny packs; felt pouches; garment bags for travel; golf umbrellas; gym bags; handbags; hat boxes for travel; key cases; knapsacks; luggage; overnight bags; overnight cases; parasols; passport cases, holders and wallets; patio umbrellas; pocketbooks; purses; satchels; school bags; shoe bags for travel; leather shopping bags; mesh shopping bags; textile shopping bags; shoulder bags; all-purpose sports bags; suitcases; toiletry cases sold empty; tote bags; travel bags; trunks for traveling; umbrellas; valises; vanity cases sold empty; waist packs; wallets in Class 018. |

4

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | For: Clothing for use by men, women and children; namely, anoraks; aprons; ascots; babushkas; bandannas; bathing suits; bathrobes; belts; blazers; blouses; blousons; bodysuits; boleros; boots; boxer shorts; brassieres; briefs; baby buntings; caftans; camisoles; capes; caps; cardigans; chemises; clogs; cloth diapers; fur coats; suit coats; top coats; corselets; culottes; dresses; earmuffs; galoshes; garter belts; girdles; gloves; nightgowns; halter tops; hats; headbands; hosiery; jackets; jeans; jogging suits; jumpers; jumpsuits; kerchiefs; kimonos; leggings; leotards; loungewear; mittens; moccasins; mufflers; neckerchiefs; neckties; neckwear; negligees; nightshirts; overalls; overcoats; overshoes; pajamas; panties; pants; pantsuits; pantyhose; parkas; pedal pushers; peignoirs; pinafores; playsuits; pocket squares; ponchos; pullovers; raincoats; sandals; scarves; shawls; shirts; shorts; undershirts; shoes; sweat shorts; skirts; ski suits; slacks; snowsuits; socks; sport coats; sport shirts; stockings; stoles; suits; suspenders; sweat pants; sweatshirts; sweaters; t-shirts; trousers; tuxedos; underpants; vests; vested suits; and warm-up suits in Class 025. |
| 5,173,476 | DIOR SO REAL | April 4, 2017 | For: Eyeglasses, sunglasses, goggles for sports; spectacle frames, spectacle cases; containers for contact lenses; protective cases, bags, satchels and covers for computers, tablets, mobile |

| **REGISTRATION NUMBER** | **REGISTERED TRADEMARK** | **REGISTRATION DATE** | **INTERNATIONAL CLASSES** |
|---|---|---|---|
| | | | telephones and MP3 players in Class 009.<br><br>For: Jewelry; precious stones; precious metals and their alloys, jewelry bracelets, jewelry brooches, jewelry necklaces, jewelry chains, medals, pendants, earrings, rings, charms, tie pins; cuff links; key rings of precious metals; jewelry cases; boxes of precious metal; boxes, cases and presentation cases for timepieces and jewelry; timepieces, chronometric instruments, watches, watch bands in Class 014.<br><br>For: Leather and imitation leather; animal skins and furs; trunks and suitcases; wallets; coin purses; credit card holders; briefcases of leather or imitation leather; key cases of leather or imitation leather; garment bags for travel; all-purpose carrying bags, backpacks, handbags, traveling bags; vanity cases sold empty; clutch bags of leather; toiletry and make-up bags sold empty; boxes of leather; umbrellas in Class 018. |
| 5,505,434 | J'ADIOR | July 3, 2018 | For: Eyeglasses, sunglasses, goggles for sports; spectacle frames, spectacle cases; protective cases, bags, satchels and covers for computers, tablets, mobile telephones and MP3 players; cases for telephones, protective cases for telephones in Class 009.<br><br>For: Jewelry, jewelry articles; precious and semi-precious stones; pearls; precious metals and |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | their alloys; items of jewelry, namely, bracelets, brooches, necklaces, chains, medals, pendants, earrings, rings, and charms; tie pins; cuff links; key rings; jewelry cases; boxes of precious metals; presentation boxes and cases for jewelry and timepieces; timepieces; chronometric instruments; watches; watch bands; watch dials; chronographs in Class 014. For: Leather and imitation leather; animal skins and fur pelts; trunks and suitcases; wallets; coin purses; credit card holders; briefcases of leather or imitation leather; attaché cases and document cases of leather and imitation leather; protective covers for clothing, namely, garment bags for travel; key cases of leather or imitation leather; all-purpose carrier bags; backpacks; handbags; traveling bags; vanity cases sold empty; clutch bags of leather; traveling sets being luggage of leather; toiletry and make-up bags sold empty; leather boxes not being jewelry boxes; umbrellas; shoulder belts of leather in Class 018. For: Clothing, namely, layettes, bibs not of paper, bath robes, bathing suits, shorts, belts, suspenders, blouses, cardigans, trousers, overalls, combinations, shirts, t-shirts, skirts, polo shirts, pullovers, vests, dresses, coats, tailleurs, parkas, overcoats, blousons, jackets, underwear, furs being clothing, wedding dresses, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | gloves, mittens, scarves, stoles, sashes for wear, shawls, neckties, collars, caps, hats, visors, hosiery, men's suits, ponchos, raincoats, socks, tights, leggings, pajamas, tracksuits, cuffs, and bedroom slippers; footwear; beach, ski, and sports footwear; boots; ankle boots; sandals; pumps being footwear; esparto shoes and sandals; headbands; headwear; headgear being knitted caps; clothing for sports, namely, shorts and shirts; clothing for children, namely, hats, shorts, dresses, and shoes in Class 025. |
| 3,002,132 | (star design with "Dior") | September 27, 2005 | For: Jewelry; jewelry chains; charms, medals; pins being jewelry in Class 014. |
| 2,790,589 | (bee design) | December 9, 2003 | For: Optical apparatus and instruments, namely, spectacles, sunglasses in Class 009.<br><br>For: Precious metals in general and their alloys sold in bulk; precious metals and their alloys sold at retail; jewelry, charms, medals in Class 014.<br><br>For: Clothing for use by men, namely, blousons; boxer shorts; cardigans; neckties; neckwear; pants; pullovers; scarves; shirts; shorts; sweat shorts; sport shirts; sweatshirts; sweaters; t-shirts; trousers in Class 025. |

8

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declaration of Nicolas Lambert [17], paragraphs 23-27, and the Declaration of Justin R. Gaudio [16], paragraphs 5-7, in support of the Motion for Temporary Restraining Order and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts. As other courts have recognized, proceedings against those who deliberately traffic in counterfeit merchandise are often useless if notice is given to the adverse party. Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

    a. using the CHRISTIAN DIOR Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Dior product or not authorized by Dior to be sold in connection with the CHRISTIAN DIOR Trademarks;

    b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Dior Copyrighted Designs in any manner without the express authorization of Dior;

    c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Dior product or any other product produced by Dior, that is not Dior's or not

9

   produced under the authorization, control or supervision of Dior and approved by Dior for sale under the CHRISTIAN DIOR Trademarks and/or the Dior Copyrighted Designs;

  d. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Dior, or are sponsored by, approved by, or otherwise connected with Dior;

  e. further infringing the CHRISTIAN DIOR Trademarks and/or the Dior Copyrighted Designs and damaging Dior's goodwill; and

  f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Dior, nor authorized by Dior to be sold or offered for sale, and which bear any of Dior's trademarks, including the CHRISTIAN DIOR Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Dior Copyrighted Designs.

2. The domain name registries for the Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within ten (10) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall, at Dior's choosing:

  a. unlock and change the registrar of record for the Domain Names to a registrar of Dior's selection until further ordered by this Court; or

  b. disable the Domain Names and make them inactive and untransferable until further ordered by this Court.

3. The domain name registrars, including, but not limited to, GoDaddy Operating Company LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within ten (10) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall take any steps necessary to transfer the Domain Names to a registrar account of Dior's selection so that the Domain Names can be redirected or disabled until further ordered by this Court.

4. Upon Dior's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces and Domain Names, including, without limitation, any online marketplace platforms such as eBay, AliExpress, Alibaba, Amazon, Wish.com, and Dhgate, (collectively, the "Third Party Providers") shall, within ten (10) business days after receipt of such notice, provide to Dior expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

   a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces, Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces and Domain Names; and

  c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Amazon Pay, Wish.com, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Dior's request, those with notice of the injunction, including the Third Party Providers as defined in Paragraph 4, shall, within ten (10) business days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the CHRISTIAN DIOR Trademarks and/or which bear the Dior Copyrighted Designs.

6. Defendants shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7. Any Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, shall, within ten (10) business days of receipt of this Order:

  a. locate all accounts and funds connected to Defendants' Seller Aliases, Online Marketplaces and Domain Names, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 5 and 6 to the Declaration of Nicolas Lambert, and any e-mail addresses provided for Defendants by third parties; and

  b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8. Dior is authorized to issue expedited written discovery, pursuant to the Federal Rules of Civil Procedure 33, 34 and 36, related to:

   a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

   b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces, Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces and Domain Names.

   Dior is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within ten (10) business days of being served via e-mail.

9. Dior may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Amended Complaint, this Order and other relevant documents on a website to which the Domain Names which are transferred to Dior's control will redirect, or by sending an e-mail to the e-mail addresses identified in Exhibits 5 and 6 to the Declaration of Nicolas Lambert and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of

"CHINABRANDMALL.COM and all other Defendants identified in the Amended Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

10. Plaintiff's Amended Complaint [13] and Exhibits 1-5 thereto [13-1] - [13-5], Exhibits 1-2 to the Complaint [2], [3], Schedule A to the Complaint [4] and the Amended Complaint [13-6], Plaintiff's Motion for Entry of a Temporary Restraining Order [14], Plaintiff's Memorandum in Support of the Motion for Entry of a Temporary Restraining Order [15], the accompanying Declaration of Justin R. Gaudio [16] and Exhibits 1-4 thereto [16-1] – [16-4], Declaration of Nicolas Lambert [17], and Exhibits 1-6 thereto [17-1] – [17-4], [18], [19], Plaintiff's Motion Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) [20], Plaintiff's Memorandum in Support of the Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) [21], the accompanying Declaration of Justin R. Gaudio [22] and Exhibits 1-3 thereto [22-1] – [22-3], Plaintiff's Notification of Affiliates [24], Plaintiff's Notice of Claims Involving Trademarks [25], and this Order shall remain sealed until further ordered by this Court.

11. Dior shall deposit with the Court Ten Thousand Dollars ($10,000.00), either cash or surety bond, as security, which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder, such bond to be deposited with the Court once in-person civil case hearings resume.

12. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

13. This Temporary Restraining Order without notice is entered at 8:30 A.M. on this 15th day of May 2020 and shall remain in effect for fourteen (14) days.

Robert W. Gettleman
United States District Judge

**Christian Dior Couture, SA. v. chinabrandmall.com, et al.,**
Case No. 20-cv-2421

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | chinabrandmall.com | 2 | luxuryhandbagsa.com |
| 3 | herejordan.com | 4 | fashionluxurybags.top |
| 5 | fendidiorbags.com | 6 | cnreplica.best |
| 7 | lvbagsclub.com | 8 | designerbaga.com |
| 9 | brandundefined.com | 10 | stevehandbag.com |
| 11 | ebayresell.com | 12 | salesclockaccessories.xyz |
| 13 | totestore.site | 14 | sneakerlegger.com |
| 15 | dioronline.us | 16 | daydaymall.us |
| 17 | polarisiitbh.com | 18 | qldtongarugby.com |
| 19 | ANTHONY ALLAN | 20 | Aprirria |
| 21 | ATTCL.LLC | 22 | Barabum Fashion |
| 23 | BEEYA | 24 | Begain |
| 25 | BEICHUANG | 26 | Beloved One |
| 27 | Bolice | 28 | BOOZUK |
| 29 | Daesar | 30 | domiroe |
| 31 | ENSARJOE | 32 | GiuGinHuYu |
| 33 | Indey | 34 | Joopin |
| 35 | KASEN INC | 36 | KAYLEIGH SHEPHERD |
| 37 | Kercisbeauty | 38 | LAFESTIN |
| 39 | LANDYShop | 40 | Lean In |
| 41 | Lilike | 42 | LOHOME |
| 43 | lv liang shi li shi qu gai mei chao shi | 44 | Lvtian |
| 45 | M&D jewelry | 46 | Outdoor Guide |
| 47 | Sang Buy | 48 | Sugar Crystal |
| 49 | VISHARK | 50 | WizWiz |
| 51 | Worglo Store | 52 | YIWU CITY MEIQIN TRADING CO.， LTD |
| 53 | Yobon | 54 | Yogwoo Inc |
| 55 | 1991walker | 56 | ajsety-7 |
| 57 | beauty-legend | 58 | byonehk |
| 59 | coneruo | 60 | crtechnology |
| 61 | danwa7924 | 62 | ecommerceshop885 |
| 63 | fxek5648 | 64 | happy_b1 |
| 65 | hbdmmy | 66 | hengyunjiujiu |
| 67 | hjones_globalstore | 68 | hua2642 |
| 69 | huijieltd | 70 | jamie1123 |
| 71 | jxhzmy | 72 | jxshop-2018 |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 73 | korinnesshop | 74 | liliancottage |
| 75 | misszxy3217 | 76 | nbhd9363 |
| 77 | pinksugao | 78 | vogueonline999 |
| 79 | yingchengda-9 | 80 | yzzltd |
| 81 | zengjh91 | 82 | Balun charm clothing store |
| 83 | Beyond Fashion | 84 | bnjgrkvssl0023 |
| 85 | buydig | 86 | Chameleon Store |
| 87 | cheng&ju&you | 88 | chenxiuyunshop |
| 89 | chunnuanhuakai686 | 90 | COCNINE |
| 91 | comfort comfort | 92 | CRXfashion |
| 93 | e_walk BOPU SHOP | 94 | edropoff |
| 95 | ehckug zeng | 96 | ejcfgy dan |
| 97 | Fashion Monopoly | 98 | feiyuefang |
| 99 | gaoliangliang | 100 | gearxs |
| 101 | gonewiththewind-1 | 102 | hanqio |
| 103 | Happyyumei | 104 | Indore |
| 105 | japav2013 | 106 | jianjiansunglasses |
| 107 | Lay Taung | 108 | Lida Fashion |
| 109 | lihongyun | 110 | lijiemiao |
| 111 | liliandlucy | 112 | linalipingbo |
| 113 | liuyanlinglfa | 114 | liwei0415 |
| 115 | LydiaSweet | 116 | members free trade |
| 117 | navproducts | 118 | Sacol Island |
| 119 | shagor | 120 | somehow never |
| 121 | sttompz48 | 122 | sunhuil |
| 123 | Suofe ya yi chu | 124 | T_Store |
| 125 | Thitpon | 126 | xinghuojianshen |
| 127 | yannvxia | 128 | yunyunzhongsheng |
| 129 | zhanmengjiao | 130 | Zhaomengzhen Fashion |
| 131 | zhenty | 132 | zsxxery |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | amazon.com/sp?seller=A1MWP85MGETTUJ | 2 | amazon.com/sp?seller=A1P2YU8HXYYT67 |
| 3 | amazon.com/sp?seller=A3Q9F6248FYM4Q | 4 | amazon.com/sp?seller=A29ABOF9T8D5TI |
| 5 | amazon.com/sp?seller=A1JZ4Z0D26K7DV | 6 | amazon.com/sp?seller=AU2KYRK2TTDB5 |
| 7 | amazon.com/sp?seller=A3J94ZPGBN4ORL | 8 | amazon.com/sp?seller=A3BDRCOZOIC5FO |
| 9 | amazon.com/sp?seller=A3QZYSF6H18K | 10 | amazon.com/sp?seller=A2IP9DCY0H |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
|  | JT |  | KOIC |
| 11 | amazon.com/sp?seller=AW8C3WL2EHWET | 12 | amazon.com/sp?seller=AUXTCKNEQKLJ8 |
| 13 | amazon.com/sp?seller=A2717TZRS0V642 | 14 | amazon.com/sp?seller=A18Z0XCUSAFEOD |
| 15 | amazon.com/sp?seller=A2YMA956ADU30M | 16 | amazon.com/sp?seller=A33BTHKV75MZZK |
| 17 | amazon.com/sp?seller=ASHZ6120DIJ3Y | 18 | amazon.com/sp?seller=A27TP9HGIRFSS4 |
| 19 | amazon.com/sp?seller=ARCYM16RKPWYS | 20 | amazon.com/sp?marketplaceID=AWZXKKGZTN9HL&seller=A1LLZN8IM225QA |
| 21 | amazon.com/sp?seller=https://www.amazon.com/sp?seller=A2BDOPI8VKJRC9 | 22 | amazon.com/sp?seller=A3HM8WHTX7YHXK |
| 23 | amazon.com/sp?seller=A1HLC8URTGV0MC | 24 | amazon.com/sp?seller=https://www.amazon.com/sp?seller=AFGPF5E29KFSO |
| 25 | amazon.com/sp?seller=A1B1K4FFKU2JVY | 26 | amazon.com/sp?seller=AELHIQ31BGK2Q |
| 27 | amazon.com/sp?seller=A220ECUUPL28IY | 28 | amazon.com/sp?seller=A3BX1UGDT8HYPN |
| 29 | amazon.com/sp?seller=A3FN9XFH6B4JTR | 30 | amazon.com/sp?seller=A2F3HTLUPH02C |
| 31 | amazon.com/sp?seller=A3VZUBZB01E80E | 32 | amazon.com/sp?seller=A2X0MPY1F5FMFL |
| 33 | amazon.com/sp?seller=A3PVRFXAKFTYQ5 | 34 | amazon.com/sp?seller=A1UX3H4NEGE2MN |
| 35 | amazon.com/sp?seller=A3CRY96KC2EAWP | 36 | amazon.com/sp?seller=A1B6A2LRT6DF0Q |
| 37 | ebay.com/usr/1991walker | 38 | ebay.com/usr/ajsety-7 |
| 39 | ebay.com/usr/beauty-legend | 40 | ebay.com/usr/byonehk |
| 41 | ebay.com/usr/coneruo | 42 | ebay.com/usr/crtechnology |
| 43 | ebay.com/usr/danwa7924 | 44 | ebay.com/usr/ecommerceshop885 |
| 45 | ebay.com/usr/fxek5648 | 46 | ebay.com/usr/happy_b1 |
| 47 | ebay.com/usr/hbdmmy | 48 | ebay.com/usr/hengyunjiujiu |
| 49 | ebay.com/usr/hjones_globalstore | 50 | ebay.com/usr/hua2642 |
| 51 | ebay.com/usr/huijieltd | 52 | ebay.com/usr/jamie1123 |
| 53 | ebay.com/usr/jxhzmy | 54 | ebay.com/usr/jxshop-2018 |
| 55 | ebay.com/usr/korinnesshop | 56 | ebay.com/usr/liliancottage |
| 57 | ebay.com/usr/misszxy3217 | 58 | ebay.com/usr/nbhd9363 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 59 | ebay.com/usr/pinksugao | 60 | ebay.com/usr/vogueonline999 |
| 61 | ebay.com/usr/yingchengda-9 | 62 | ebay.com/usr/yzzltd |
| 63 | ebay.com/usr/zengjh91 | 64 | wish.com/merchant/5b73dc26cfde1479f9babac3 |
| 65 | wish.com/merchant/5368e41ebb72c514fe919fec | 66 | wish.com/merchant/5ac209fedb5f1f378faa002d |
| 67 | wish.com/merchant/57440664e630fa595786b958 | 68 | wish.com/merchant/56658425eb4b1423fbab3235 |
| 69 | wish.com/merchant/58ddd21cf965f254d97320e7 | 70 | wish.com/merchant/5d54f94d15275472deb9252f |
| 71 | wish.com/merchant/58cbba9732ccc9510ae7fb54 | 72 | wish.com/merchant/5832db417a27ab1b9ee75a04 |
| 73 | wish.com/merchant/5d8c13132888350d8a1e8fee | 74 | wish.com/merchant/5883129f401e874cc73ab870 |
| 75 | wish.com/merchant/5d5ce6ee40defd44eaa72568 | 76 | wish.com/merchant/5853fc3cc5758a4cccc904a0 |
| 77 | wish.com/merchant/58d8bfc4109eec58b380889c | 78 | wish.com/merchant/58d8cc69a3a703535dd5450a |
| 79 | wish.com/merchant/53c656b44497c563b4452a1a | 80 | wish.com/merchant/5875e94db989084d626eac43 |
| 81 | wish.com/merchant/584cffbbd588b44d3eaab464 | 82 | wish.com/merchant/57806c48f1ab1f1150be7aa2 |
| 83 | wish.com/merchant/57fcd450267c38195b3a9878 | 84 | wish.com/merchant/58c52d8877361650f7b03ea5 |
| 85 | wish.com/merchant/58c21e29e4595e505412c131 | 86 | wish.com/merchant/578c656050754b0b89db9e9d |
| 87 | wish.com/merchant/5755321782f5005cc26e0b6a | 88 | wish.com/merchant/581c1f1df1415c7c3ebdc229 |
| 89 | wish.com/merchant/577a23c07e548907a8572252 | 90 | wish.com/merchant/57834c492dc1d20eadcf9f9e |
| 91 | wish.com/merchant/593519ebb962ba41cf1041dc | 92 | wish.com/merchant/58a15dbdf5c33b4f4173406c |
| 93 | wish.com/merchant/5a377c2f7f9ae50849a392a5 | 94 | wish.com/merchant/5858eeeb8abe8f5008090e6f |
| 95 | wish.com/merchant/5865fc1dc7f26a4df3278f55 | 96 | wish.com/merchant/5880b8c01f6e1e4c9cb0b23a |
| 97 | wish.com/merchant/56ebb969bb8d7769a158d529 | 98 | wish.com/merchant/596340a9e81e8a25d3119f7b |
| 99 | wish.com/merchant/5756b001e8f9815cba309c68 | 100 | wish.com/merchant/577772b88e93cc74b41f4f58 |

19

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 101 | wish.com/merchant/58abd476c4d842504bc4f802 | 102 | wish.com/merchant/59017357856221195594ca0f |
| 103 | wish.com/merchant/5b1cfad7eae8b442b7289a2a | 104 | wish.com/merchant/58c7b9012da240507b727c51 |
| 105 | Wish.com/merchant/5b4db544ca6d211a1612491d | 106 | wish.com/merchant/5a9109019c15ff2160a014e7 |
| 107 | wish.com/merchant/577b55e53fb22074bdbc5a11 | 108 | wish.com/merchant/58ca53bcaf7a31511fe12494 |
| 109 | wish.com/merchant/57ebae21fc6352392eaa0ab3 | 110 | wish.com/merchant/58f870decc049b11a51c5ff5 |
| 111 | wish.com/merchant/58dd045778185329b30b5789 | 112 | wish.com/merchant/55135e248e8def1aca82bfbe |
| 113 | wish.com/merchant/587328953638354cb4985016 | 114 | wish.com/merchant/58dca3c8b466286d3d5159d6 |

| No. | Domain Names | No. | Domain Names |
|---|---|---|---|
| 1 | chinabrandmall.com | 2 | luxuryhandbagsa.com |
| 3 | herejordan.com | 4 | fashionluxurybags.top |
| 5 | fendidiorbags.com | 6 | cnreplica.best |
| 7 | lvbagsclub.com | 8 | designerbaga.com |
| 9 | brandundefined.com | 10 | stevehandbag.com |
| 11 | ebayresell.com | 12 | salesclockaccessories.xyz |
| 13 | totestore.site | 14 | sneakerlegger.com |
| 15 | dioronline.us | 16 | daydaymall.us |
| 17 | polarisiitbh.com | 18 | qldtongarugby.com |