#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A., <br><br> Plaintiff, <br><br> v. <br><br> CHINABRANDMALL.COM, et al., <br><br> Defendants. | Case No. 20-cv-02421 <br><br> **Judge Robert W. Gettleman** <br><br> **Magistrate Judge Susan E. Cox** |

### Declaration of Justin R. Gaudio

I, Justin R. Gaudio, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Christian Dior Couture, S.A. ("Plaintiff" or "Dior"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Since and pursuant to entry of the TRO, several financial accounts associated with the Seller Aliases have been frozen. In addition, Dior is in the process of requesting transfer of the Domain Names.

3. **Exhibit 1** attached hereto is a true and correct copy of unpublished decisions cited in Dior's Memorandum.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 22nd day of June 2020 at Chicago, Illinois.

/s/ Justin R. Gaudio
Justin R. Gaudio
Counsel for Christian Dior Couture, S.A.
